UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

WILLIAM MANNO,
on behalf of himself
and all others similarly situated,
and derivatively on behalf of
MAXAM ABSOLUTE RETURN FUND, L.P.,
        Plaintiff,

    v.

MAXAM CAPITAL GP, LLC; MAXAM CAPITAL
MANAGEMENT LLC; MAXAM CAPITAL
MANAGEMENT LIMITED; and SANDRA L. MANZKE,
        Defendants,

and MAXAM ABSOLUTE RETURN FUND, L.P.,
        Nominal Defendant.

------------------------------------x

10 Civ. 09260 (LAP)

ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-18-14

LORETTA A. PRESKA, Chief United States District Judge:

    This Court having considered: the Stipulation of Settlement dated April 25, 2014, including all Exhibits thereto (the "Stipulation") between plaintiff William Manno on behalf of himself and others similarly situated, and derivatively, on behalf of the MAXAM Absolute Return Fund, L.P. ("MARF"), and defendants MAXAM Capital GP, LLC, MAXAM Capital Management LLC, MAXAM Capital Management Limited, and Sandra L. Manzke, and nominal defendant MARF; and having held a hearing on September 23, 2014; and having considered all of the submissions and

arguments with respect thereto; and having considered all subsequent submissions with respect to attorneys' fees and reimbursement of litigation expenses, and otherwise being fully informed, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Class Counsel, as designated in this Court's Final Judgment and Order dated October 16, 2014, are hereby awarded (1) attorneys' fees totaling 17.5% of the Settlement Fund, as defined in the Stipulation, plus any interest on such amount at the same rate and for the same periods as earned by the Settlement Fund, which the Court finds to be fair and reasonable, especially in light of the negative multiplier of approximately .55 of lodestar value that this award yields; and (2) reimbursement of litigation expenses of $24,025.50, plus interest, incurred by Class Counsel ("Fee and Expense Award"). The Fee and Expense Award shall be paid to Class Counsel pursuant to the terms of the Stipulation.

SO ORDERED.

Dated:   New York, New York
         November 18, 2014

*Loretta A. Preska*
LORETTA A. PRESKA
Chief United States District Judge