UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM MANNO, On Behalf Of Himself And All Others Similarly Situated, And Derivatively On Behalf Of MAXAM ABSOLUTE RETURN FUND, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>MAXAM CAPITAL GP, LLC; MAXAM CAPITAL MANAGEMENT LLC; MAXAM CAPITAL MANAGEMENT LIMITED; and SANDRA L. MANZKE,<br><br>Defendants,<br><br>and MAXAM ABSOLUTE RETURN FUND, L.P.;<br><br>Nominal Defendant. | Civ. No. 1:10-cv-09260-LAP |

**MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND**

**PLEASE TAKE NOTICE**, that, upon the annexed Declaration of Demet Basar in Support of Motion for Distribution of Net Settlement Fund, the Affidavit of Stephen J. Cirami in Support of Motion for Distribution of the Net Settlement Fund, of Garden City Group ("GCG"), the claims administrator for the Settlement, and upon all prior proceedings herein, the undersigned hereby moves this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (i) approving the claims administration processing procedures undertaken by Plaintiff's professional claims administrator, GCG, conducted at the direction and under the supervision of Class Counsel; (ii) directing distribution of the Net Settlement Fund to Class

Members; (iii) approving the plan for re-distribution and/or donation of any funds remaining in the Net Settlement Fund allowing the distribution to Class Members; (iv) approving the requested fees and expenses for GCG; (v) authorizing the destruction of paper copies of claim records one (1) year after distribution of the Net Settlement Fund, and authorizing the destruction of electronic copies of claim records three (3) years after distribution of the Net Settlement Fund; and (vi) for such other and further relief as this Court deems appropriate.

WHEREFORE, Class Counsel respectfully requests that the Court enter an Order in the form of the [Proposed] Settlement Distribution Order annexed hereto.

Dated: February 17, 2015

Respectfully submitted,

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ, LLP

By: /s/ Demet Basar
Daniel W. Krasner
Email: krasner@whafh.com
Demet Basar
Email: basar@whafh.com
Maja Lukic
Email: Lukic@whafh.com
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4794

*Attorneys for Plaintiff and the Class*

772397